**JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.**
Steven B. Harz, Esq. I.D. #: 006921977
David L. Menzel, Esq. I.D. #: 003571973
Rubin M. Sinins, Esq. I.D. #: 046701994
505 Morris Avenue, Suite 200
Springfield, NJ  07081
Tel #: 973-379-4200
Direct Line #: (973) 248-4522
Fax #: 973-379-7872
dmenzel@lawjw.com
Attorneys for New Jersey Staffing Alliance, New Jersey Business and Industry Association and American Staffing Association

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY STAFFING ALLIANCE, NEW JERSEY BUSINESS and INDUSTRY ASSOCIATION and AMERICAN STAFFING ASSOCIATION,<br><br>                    Plaintiffs,<br><br>v.<br><br>STATE OF NEW JERSEY, ROBERT ASARO-ANGELO, COMMISSIONER OF LABOR AND WORKFORCE DEVELOPMENT, NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT, CARI FAIS, ACTING DIRECTOR OF THE NEW JERSEY DIVISION OF CONSUMER AFFAIRS IN THE DEPARTMENT OF LAW AND PUBLIC SAFETY, NEW JERSEY DIVISION OF CONSUMER AFFAIRS IN THE DEPARTMENT OF LAW AND PUBLIC SAFETY,<br><br>                    Defendants. | Civil Action No.<br><br><br><br><br>**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

1

THIS MATTER having come to the attention of the Court by Plaintiffs, through their counsel, by Order to Show Cause seeking a Temporary Restraining Order and Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65 and L.Civ. R. 65.1, and upon the Complaint, Declarations, and Memorandum of Law submitted herewith, the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown,

IT IS on this          day of May, 2023, ORDERED that the Defendants appear and show cause on the          day of          , 2023, before the United States District Court for the District of New Jersey, Honorable          , at          o'clock in the      noon, or as soon thereafter as counsel may be heard, why an Order should not be entered:

1. Enjoining and restraining Defendants, and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of the injunction, from implementing and enforcing recent Legislation enacted as N.J.S.A. 34:8D-1, *et seq.*; and

2. Such other and further relief, including declaratory and injunctive relief, against all Defendants, as may be necessary to effectuate the Court's Judgment, or as the Court otherwise deems just and equitable;

And it is further ORDERED that:

1. Pending further hearing on this Order to Show Cause, Defendants, and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of the injunction, are temporarily enjoined and restrained

from implementation and enforcement of the Legislation recently enacted as N.J.S.A. 34:8D-1, *et seq.*; and

    2.    A copy of this Order to Show Cause, Memorandum of Law, supporting Declarations, as well as the Complaint, together with a Summons, shall be served upon the Defendants within _____ days of the date hereof.

    3.    Defendants shall file and serve written response(s) to this Order to Show Cause and the supporting Memorandum of Law via ECF by the _____ day of _____, 2023.

    4.    The Plaintiffs may file and serve any written Reply to one or all Defendants' oppositeion via ECF by the _____ day of _____, 2023.

    5.    If the Defendants do not file and serve oppositeion to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default.

    6.    If the Plaintiffs have not already done so, a proposed form of Order addressing the relief sought on the return date must be submitted to the Court no later than three (3) days from the return date.

    7.    The Court will notify the parties whether it will entertain argument on the return date of the Order to Show Cause in accordance with L.Civ. R. 78.1.

                                                                     _____

                                                                             U.S.D.J.