**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

NEW JERSEY STAFFING ALLIANCE, *et al.*,

        Plaintiffs,

    v.

CARI FAIS, *Acting Director of the New Jersey Division of Consumer Affairs*, *et al.*,

        Defendants.

No. 1:23-cv-02494

**ORDER TO SHOW CAUSE**

**O'HEARN, District Judge.**

    **THIS MATTER** comes before the Court on the Complaint and Motion for an Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, (ECF No. 1), filed by Plaintiffs New Jersey Staffing Alliance, New Jersey Business & Industry Association, and American Staffing Association (collectively, "Plaintiffs"). Upon the Complaint, Declarations, and Memorandum of Law submitted therewith, the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown,

    **IT IS HEREBY** on this __8th__ day of __May__, 2023,

    **ORDERED** that Defendants State of New Jersey; Robert Asaro-Angelo, Commissioner of Labor & Workforce Development; New Jersey Department of Labor & Workforce Development, Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs; and New Jersey Division of Consumer Affairs (collectively, "Defendants") shall appear before this Court, located at the Mitchell H. Cohen Building and U.S. Courthouse on 4th and Cooper Streets in Camden, New Jersey, in Courtroom 5A, for a hearing on **Tuesday, June 13, 2022, at 10 a.m.**, or as soon

thereafter as counsel can be heard; at the hearing, Defendants shall show cause why a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure should not be entered:

1. Enjoining and restraining Defendants, and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of the injunction, from implementing and enforcing recent Legislation enacted as N.J. STAT. ANN. § 34:8D-1, *et seq.*; and

2. Such other and further relief, including declaratory and injunctive relief, against all Defendants, as may be necessary to effectuate the Court's Judgment, or as the Court otherwise deems just and equitable.

**IT IS FURTHER ORDERED** that Plaintiffs shall serve copies of this Order, their Memorandum of Law, supporting Declarations, as well as the Complaint, together with a Summons, and any other relevant papers, upon Defendants **by Friday, May 12, 2023**.

**IT IS FURTHER ORDERED** that Defendants shall file and serve any written response to this Order and Plaintiff's Memorandum of Law **by Friday, May 26, 2023**.

**IT IS FURTHER ORDERED** that Plaintiffs may thereafter file any written reply to such response by **Friday, June 2, 2023**.

**IT IS FINALLY ORDERED** that if the Defendants do not file and serve opposition to this Order, the application will be decided on the papers and relief may be granted by default.

*/s/ Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**