

| | *State of New Jersey* | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

August 3, 2023

**Via CM/ECF**
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08102

      Re:   New Jersey Staffing Alliance et al. v. Robert Asaro-Angelo, et al.,
              Civil Action No. 1:23-cv-02494

Dear Judge O'Hearn,

    The parties jointly submit the enclosed proposed Consent Order adjourning Defendants' obligation to answer, move, or otherwise respond to Plaintiffs' Complaint pending resolution of an interlocutory appeal of this Court's Opinion and Order of July 26, 2023 denying Plaintiffs' motion for a preliminary injunction. If the foregoing meets with Your Honor's approval, we respectfully request that the Court enter the enclosed as an Order of the Court.

    We appreciate Your Honor's consideration of this request.

                              Respectfully submitted,

                              MATTHEW J. PLATKIN
                              ATTORNEY GENERAL OF NEW JERSEY

                        By:   /s/ Nathaniel Levy



124 Halsey Street • TELEPHONE: (973) 877-1280 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Page 2

Nathaniel Levy
Deputy Attorney General

cc:   All counsel of record (via CM/ECF)