UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY STAFFING ALLIANCE, NEW JERSEY BUSINESS and INDUSTRY ASSOCIATION, and AMERICAN STAFFING ASSOCIATION,<br><br>　Plaintiffs,<br><br>v.<br><br>STATE of NEW JERSEY, ROBERT ASARO-ANGELO, COMMISSIONER of LABOR and WORKFORCE DEVELOPMENT, CARI FAIS, ACTING DIRECTOR of the NEW JERSEY DIVISION of CONSUMER AFFAIRS in the DEPARTMENT OF LAW AND PUBLIC SAFETY, NEW JERSEY DIVISION of CONSUMER AFFAIRS in the DEPARTMENT of LAW and PUBLIC SAFETY,<br><br>　Defendants. | C.A. No. 1:23-cv-02494<br><br>**ORDER FOR AMENDED PLEADING SCHEDULE** |

　The Court in this matter having entered an Opinion and Order on July 26, 2023 denying Plaintiffs' motion for a Preliminary Injunction; and Plaintiffs having represented they intend to file a notice of appeal from that Opinion and Order; and the parties having consulted and agreed to adjourn Defendants' obligation to answer, move, or otherwise respond to Plaintiffs' Complaint pending resolution of the interlocutory appeal; and the parties having consented to the form, substance and entry of this Order, and for good cause shown,

　**IT IS** on this __3rd__ day of ____August____, 2023 hereby

　**ORDERED AS FOLLOWS:**

1. Defendants' deadline to answer, move, or otherwise respond to Plaintiffs' Complaint is adjourned.
2. Defendants shall answer, move otherwise respond to plaintiff's complaint within thirty (30) days of the disposition of any filed appeal and/or the date to file such an appeal expires.

_____
Hon. Christine P. O'Hearn

We hereby consent to the form, substance and entry of the above Order.

_____
Rubin M. Sinins, Esq.
Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.
Attorneys for Plaintiffs

Dated: August 2, 2023

_____
Nathaniel I. Levy, Deputy Attorney General

Dated: August 3, 2023