**JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.**
Steven B. Harz, Esq. I.D. #: 006921977
David L. Menzel, Esq. I.D. #: 003571973
Rubin M. Sinins, Esq. I.D. #: 046701994
505 Morris Avenue
Springfield, NJ  07081
Tel #: 973-379-4200/Fax #: 973-379-7872
sharz@lawjw.com
dmenzel@lawjw.com
RSinins@JaverbaumWurgaft.com
Attorneys for Plaintiffs, New Jersey Staffing Alliance, New Jersey Business and Industry Association and American Staffing Association

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY STAFFING ALLIANCE, NEW JERSEY BUSINESS AND INDUSTRY ASSOCIATION and THE AMERICAN STAFFING ASSOCIATION,<br><br>Plaintiffs,<br>v.<br><br>STATE OF NEW JERSEY, ROBERT ASARO-ANGELO, COMMISSIONER OF LABOR AND WORKFORCE DEVELOPMENT, CARI FAIS, ACTING DIRECTOR OF THE DIVISION OF CONSUMER AFFAIRS IN THE DEPARTMENT OF LAW AND PUBLIC SAFETY,<br><br>Defendants. | Civil Action No. 1:23-cv-02494-CPO-MJS<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT** |

**NOTICE** is hereby given that Plaintiffs, New Jersey Staffing Alliance, New Jersey Business and Industry Association and American Staffing Association, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order entered by the Honorable Christine P. O'Hearn, U.S.D.J., on July 26, 2023 denying Plaintiffs' application for injunctive relief.

                JAVERBAUM WURGAFT HICKS KAHN
                WIKSTROM & SININS, P.C.
                Attorneys for New Jersey Staffing Alliance,
                New Jersey Business and Industry Association
                and American Staffing Association

                By: */s/ Steven B. Harz*
DATED: August 3, 2023          Steven B. Harz, Esq.