UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Carol Ferrell

**DATE OF PROCEEDING:** 7/29/24

**DOCKET NO.** 23-cv-2494 (CPO-MJS)

**TITLE OF CASE:**

NEW JERSEY STAFFING ALLIANCE, ET AL.

v.

CARI FAIS, ET AL.

**APPEARANCES:**
Rubin Sinins, Esquire and Steven B. Harz, Esquire for Plaintiffs
Anthony Stevens, Esquire for Plaintiffs
Nathaniel I. Levy, Esquire, Eve E. Weissman, Esquire and Jeremy Feigenbaum, Esquire for Defendants

**NATURE OF PROCEEDINGS:** ORAL ARUGMENT

Hearing on Plaintiff's Motion for an Order to Show Cause Concerning Preliminary Injunction on ERISA-Preemption Grounds, ECF 54.

**DISPOSITION**
Decision reserved.

**Time Commenced:** 1:15 PM
**Time Adjourned:** 3:25 PM
**Total time:** **2 Hours and 10 Minutes**

/s/ *Haley Minix*
DEPUTY CLERK